ORIGINAL

# The Sacramento Bee
P O Box 15779 • 2100 Q Street • Sacramento CA 95852

HAWLEY TROXELL ENNIS & HAWLEY
877 MAIN ST #1000
BOISE, ID 83702

DECLARATION OF PUBLICATION
(C.C.P. 2015.5)

COUNTY OF SACRAMENTO

STATE OF CALIFORNIA

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above entitled matter I am the printer and principal clerk of the publisher of The Sacramento Bee, printed and published in the City of Sacramento, County of Sacramento, State of California, daily, for which said newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Sacramento, State of California, under the date of September 26, 1994, Action No 379071; that the notice of which the annexed is a printed copy, has been published in each issue thereof and not in any supplement thereof on the following dates, to wit:

October 10, 17, 24, 31, 2007

I certify (or declare) under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Sacramento, California, October 31, 2007

_____
(Signature)



**Legal Notices 2005**

NO 375 PUBLIC NOTICE
UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF IDAHO
SUMMONS
Case #CV 07-212-E-EJL

MELALEUCA, INC.
v
DARYL HANSEN and SVETLANA BELOVA

TO: Daryl Hansen & Svetlana Belova
3991 Ironwood Drive, El Dorado Hills, California 95762

YOU HAVE BEEN SUED by Melaleuca, Inc, the Plaintiff, in the United States District Court for the District of Idaho, Civil Case No. CV 07-212-E-EJL.

The nature of the claims against you are for violation of the Federal Can-Spam Act, violation of the Idaho Consumer Protection Act, misappropriate of trade secrets, and tortious interference with contract.

You are required to serve upon PLAINTIFF'S ATTORNEY: Bradlee R. Frazer, Idaho State Bar No. 3857, D. John Ashby, Idaho State Bar No. 7228, HAWLEY TROXELL ENNIS & HAWLEY LLP, 877 Main Street, Suite 1000, P.O Box 1617, Boise, Idaho 83701-1617

an answer to the SECOND AMENDED VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL FOR, INTER ALIA, VIOLATIONS OF THE FEDERAL "CAN-SPAM" ACT AND THE IDAHO CONSUMER PROTECTION ACT ("the Second Amended Verified Complaint") within TWENTY (20) days following the last publication of this summons. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Second Amended Verified Complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of the Court within a reasonable period of time after service.

A copy of the Second Amended Verified Complaint can be obtained by contacting either the Clerk of the Court or the attorney for Plaintiff

United State Courts For the District of Idaho

Summons Issued By Jamie L. Gearhart
Date: Sept 24, 2007
4TI Oct 10, 17, 24, 31, 2007