James D. Ruchti - Idaho State Bar #6366
COOPER & LARSEN, CHARTERED
151 North Third Avenue, Suite 210
P.O. Box 4229
Pocatello, ID 83205-4229
Telephone:     (208) 235-1145
Facsimile:     (208) 235-1182

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MELALEUCA, INC., ) | |
| ) | CASE NO. CV-07-212-E-EJL |
| Plaintiff, ) | |
| ) | |
| vs. ) | **DEFENDANTS' REPLY TO** |
| ) | **PLAINTIFF'S RESPONSE TO** |
| DARYL HANSEN and SVETLANA ) | **DEFENDANTS' OBJECTION TO** |
| BELOVA, individually and as a marital ) | **REPORT AND RECOMMENDATION** |
| community, ) | |
| ) | |
| Defendants. ) | |

COME NOW Defendants, by and through undersigned counsel, and hereby file this Reply to Plaintiff's Response to Defendant's [sic] Objection to Report and Recommendation. By this Reply, Defendants will address only one specific issue – the argument made in Paragraph II(D) of Plaintiff's response stating that Defendants' objection to the Court's Report and Recommendation was filed untimely. This is untrue. Under Rule 72(b)(2) of the Federal Rules of Civil Procedure, a party objecting to the report and recommendation of a U.S. Magistrate must file said objection within ten (10) days after being served with a copy of the same. Under Rule 6 of the Federal Rules of Civil Procedure, when the period of time prescribed by the rules is less than 11 days, intermediate weekends and legal holidays are to be excluded in the computation. In addition, three days are added under Rule 6 of the Federal Rules of Civil Procedure for service by mail.

Thus, when the Court's Notice of Electronic Filing and Service forwarding all parties the Report and Recommendation (filed on May 29, 2008) stated any objections to the Report and Recommendation were due by June 16, 2008, it was consistent with the Federal Rules of Civil Procedure. Defendants objection to the Report and Recommendation was filed timely.

DATED this 9th day of July, 2008.

COOPER & LARSEN

  /s/ James D. Ruchti
JAMES D. RUCHTI

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of July, 2008, I served a true and correct copy of the foregoing to:

| | |
|---|---|
| Bradlee R. Frazer | [ ]  U.S. mail |
| D. John Ashby | [ x ]  ECF Notification |
| Loren K. Messerly | [ ]  Hand delivery |
| Hawley Troxell Ennis & Hawley | [ ]  Fax |
| P.O. Box 1617 | |
| Boise, ID 83701-1617 | |

  /s/ James D. Ruchti
JAMES D. RUCHTI