UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| MELALEUCA, INC., | ) | |
| | ) | Case No. CV 07-212-E-EJL-MHW |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| DARYL HANSEN and SVETLANA | ) | |
| BELOVA, individually and as a marital | ) | **ORDER** |
| community, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Having considered Plaintiff's Motion To Modify Scheduling Order (Docket No. 32), and

finding good cause therefore,

IT IS HEREBY ORDERED THAT the February 8, 2008, Scheduling Order deadlines

related to the disclosure of experts, final discovery and pre-trial motions are extended by 90

days.

Disclosure of Experts: Plaintiff shall disclose expert witnesses and the expected

testimony of those witnesses on or before **October 31, 2008.**  The Defendants shall disclose

expert witnesses and the expected testimony of those witnesses on or before **November 28,**

**2008**.  All rebuttal experts shall be disclosed on or before **December 12, 2008.**

      <u>Final Discovery:</u> All discovery shall be completed on or before **March 13, 2009.**

      <u>Pre-trial Motions:</u> All pre-trial motions, if any, shall be filed with accompanying briefs

on or before **April 13, 2009.**



DATED: August 11, 2008

_____
Honorable Mikel H. Williams
United States Magistrate Judge