James D. Ruchti - Idaho State Bar #6366
COOPER & LARSEN, CHARTERED
151 North Third Avenue, Suite 210
P.O. Box 4229
Pocatello, ID 83205-4229
Telephone:   (208) 235-1145
Facsimile:    (208) 235-1182

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MELALEUCA, INC., ) | |
| ) | CASE NO. CV-07-212-E-EJL |
| Plaintiff, ) | |
| ) | |
| vs. ) | **AFFIDAVIT OF SERVICE** |
| ) | |
| DARYL HANSEN and SVETLANA ) | |
| BELOVA, individually and as a marital ) | |
| community, ) | |
| ) | |
| Defendants. ) | |

STATE OF IDAHO   )
                 ) ss.
County of Bannock )

    JAMES D. RUCHTI, being first duly sworn upon oath, deposes and states as follows:

    1.    On today's date, October 1, 2008, I am serving Defendants Daryl Hansen and Svetlana Belova with a copy of the Court's Order Granting Withdrawal as Attorney of Record [Docket 35] and with a copy of this Affidavit of Service. The Order and Affidavit have been sent to Defendants via certified mail and U.S. regular mail at their last known address of P.O. Box 4621, El Dorado Hills, CA 95762.

2. On today's date, October 1, 2008, I am serving Plaintiff's counsel with copies of the Court's Order and this Affidavit of Service via U.S. regular mail at the following address:

Bradlee R. Frazer
D. John Ashby
Hawley Troxell Ennis & Hawley
P.O. Box 1617
Boise, ID 83701-1617

3. I will file a supplemental affidavit of service upon receipt of the signed certified mail, return receipt form so the Court and Plaintiff's counsel are aware of the date of receipt of service by Defendants.

DATED this 1st day of October, 2008.

COOPER & LARSEN

  /s/ James D. Ruchti
JAMES D. RUCHTI


SUBSCRIBED AND SWORN TO before me this 1st day of October, 2008.


  /s/ Shannon Frasure
NOTARY PUBLIC FOR IDAHO
Residing at Pocatello
My Commission Expires: 05-16-09

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of October, 2008, I served a true and correct copy of the foregoing to:

| | | |
|---|---|---|
| Bradlee R. Frazer | [ x ] | U.S. mail |
| D. John Ashby | [ x ] | ECF Notification |
| Loren K. Messerly | [   ] | Hand delivery |
| Hawley Troxell Ennis & Hawley | [   ] | Fax |
| P.O. Box 1617 | | |
| Boise, ID 83701-1617 | | |
| | | |
| Daryl Hansen | [ x ] | U.S. mail |
| Svetlana Belova | [   ] | ECF Notification |
| P.O. Box 4621 | [   ] | Hand delivery |
| El Dorado Hills, CA 95762 | [   ] | Fax |

   /s/ James D. Ruchti
JAMES D. RUCHTI