Bradlee R. Frazer, ISB No. 3857
D. John Ashby, ISB No. 7228
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: (208) 344-6000
Facsimile: (208) 342-3829
Email: jash@hteh.com

Attorneys for Plaintiff Melaleuca, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| MELALEUCA, INC., <br>             Plaintiff, <br> vs. <br> DARYL HANSEN, <br>             Defendant. | Case No. CV 07-212-E-EJL <br><br> PLAINTIFF'S EXPERT DISCLOSURE |

      Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Melaleuca, Inc. discloses that it does not currently intend to use an expert witness in this case. Melaleuca notes, however, that this case has been at a stand-still due to Defendant's Motion to Dismiss, Objection to Report and Recommendation, and the subsequent withdrawal of Defendant's counsel. Due to these circumstances, no discovery has taken place. Melaleuca reserves the right to supplement this disclosure at a later date.

PLAINTIFF'S EXPERT DISCLOSURE - 1

DATED THIS 31st day of October, 2008.

                                      HAWLEY TROWEL ENNIS & HAWLEY LLP

                                      By  /s/ _____
                                            Bradlee R. Frazer, ISB No. 3857
                                            Attorneys for Plaintiff Melaleuca, Inc.

PLAINTIFF'S EXPERT DISCLOSURE - 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of October, 2008, I electronically filed the foregoing PLAINTIFF'S EXPERT DISCLOSURE with the Clerk of the Court using the CM/ECF system.

AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants:

| | |
|---|---|
| Daryl Hansen | __xx__ U.S. Mail, Postage Prepaid |
| P.O. Box 4621 | _____ Hand Delivered |
| Ed Dorado Hills, CA 95762 | _____ Overnight Mail |
| Email: darylhansen@gmail.com | __xx__ E-mail |
| | _____ Telecopy |

/s/
Bradlee R. Frazer

PLAINTIFF'S EXPERT DISCLOSURE - 3

05271.0005.1334463.1