Bradlee R. Frazer, ISB No. 3857
D. John Ashby, ISB No. 7228
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: (208) 344-6000
Facsimile: (208) 342-3829
Email: jash@hteh.com
       bfra@hteh.com

Attorneys for Plaintiff Melaleuca, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| MELALEUCA, INC., | ) | |
|---|---|---|
| | ) | Case No. CV 07-212-E-EJL |
| Plaintiff, | ) | |
| vs. | ) | STIPULATED MOTION TO ENLARGE |
| | ) | TIME AND TO MODIFY SCHEDULING |
| DARYL HANSEN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

Plaintiff Melaleuca, Inc., by and through its counsel of record, Hawley Troxell Ennis & Hawley LLP, and Defendant, Daryl Hansen, hereby move the Court to (1) enlarge by two weeks Melaleuca's deadline for responding to Mr. Hansen's Motion to Dismiss Spam Issues, and (2) modify the Scheduling Order.

**A.   Stipulated Motion To Enlarge Time**

Mr. Hansen filed a Motion to Dismiss Spam issues on October 27, 2008, and Melaleuca's response to that motion is due on November 17, 2008. Melaleuca believes that the Motion To

STIPULATED MOTION TO ENLARGE TIME AND TO MODIFY
SCHEDULING ORDER - 1

Dismiss is more properly classified as a motion for summary judgment in that it submits evidence outside of the four corners of the Complaint.  Melaleuca is working on a response, but the response will require additional factual and legal research to address the CAN-SPAM Act standing issues raised by Mr. Hansen.  Notably, the question of CAN-SPAM Act standing has never been addressed by the Ninth Circuit and has only been addressed by a handful of mostly unpublished decisions.  *See Ferguson v. Quinstreet, Inc.,* 2008 WL 3166307 (W.D. Wash. 2008) (explaining that "[t]he Ninth Circuit Court of Appeals has made no decision, published or otherwise, as to who is an 'Internet access service' provider under CAN-SPAM," and citing the few unpublished decisions that have addressed CAN-SPAM Act standing).  Moreover, in-house counsel with whom Melaleuca's counsel is working on this matter has a scheduling conflict that prevents him from devoting sufficient attention to the factual issues raised by Mr. Hansen's motion.  For these reasons, Melaleuca requests a two week enlargement of time such that Melaleuca's response would be due on December 1, 2008.

Melaleuca's counsel requested that Mr. Hansen agree to this two week extension, and Mr. Hansen has consented

.

**B.     Stipulated Motion To Modify Scheduling Order**

Mr. Hansen requested that the parties also move to extend the deadlines in the Scheduling Order by 90 days.  The need for a modification of the Scheduling Order is based on a series of events that have gotten this case off to a slow start.  This case started with a Motion to Dismiss based on personal jurisdiction that was granted in part and denied in part.  That motion was followed by an objection to the Report and Recommendation.  No discovery or other activity took place during that time period due to the pending dispositive motion.  Shortly after the final

order granting in part and denying in part the Motion to Dismiss, Mr. Hansen's counsel moved to withdraw, which resulted in an automatic stay that prevented the parties from conducting discovery or other activities.

Now that the stay is no longer in effect, certain of the deadlines in the Scheduling Order are already upon us. For example, Melaleuca's expert disclosure deadline has passed (Melaleuca filed a disclosure, reserving the right to make a supplemental disclosure), and Mr. Hansen's expert disclosure is quickly approaching. The ADR Conference deadline is just a few days away. The parties have not conducted a mediation due to the prior dispositive motion and the subsequent stay, but the parties are currently in ADR discussions.

For these reasons, the parties request that all deadlines in the Scheduling Order be postponed by 90 days to allow adequate time for case preparation.

DATED THIS 12th day of November, 2008.

           HAWLEY TROXELL ENNIS & HAWLEY LLP

           By _____/s/_____
              Bradlee R. Frazer
              Attorneys for Plaintiff Melaleuca, Inc.

DATED THIS 12th day of November, 2008.

           By _____/s/_____
              Daryl Hansen
              Defendant in Propia personum

STIPULATED MOTION TO ENLARGE TIME AND TO MODIFY
SCHEDULING ORDER - 3

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 12th day of November, 2008, I electronically filed the foregoing STIPULATED MOTION TO ENLARGE TIME AND TO MODIFY SCHEDULING ORDER with the Clerk of the Court using the CM/ECF system.

  AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants:

| | |
|---|---|
| Daryl Hansen | _____ U.S. Mail, Postage Prepaid |
| P.O. Box 4621 | _____ Hand Delivered |
| El Dorado Hills, CA 95762 | _____ Overnight Mail |
| Email: darylhansen@gmail.com | __X__ E-mail |
| | _____ Telecopy |

/s/
Bradlee R. Frazer, ISB No. 3857

STIPULATED MOTION TO ENLARGE TIME AND TO MODIFY
SCHEDULING ORDER - 4

05271.0005.1344846.1