IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| MELALEUCA, INC., ) <br> ) <br>         Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DARYL HANSEN, ) <br> ) <br>         Defendant. ) <br> _____) | Case No. CV  07-212-E-EJL-MHW <br><br> **ORDER** |

Having reviewed the parties' Stipulated Motion to Enlarge Time And To Modify Scheduling Order, and finding good cause therefor,

IT IS HEREBY ORDERED THAT Plaintiff shall have until December 1, 2008 to respond to Defendant's Motion to Dismiss Spam Issues;

IT IS FURTHER ORDERED THAT all deadlines in the scheduling order shall be postponed by 90 days:

    1) <u>Disclosure of Experts</u>: Plaintiff shall disclose expert witnesses and the expected testimony of those witnesses on or before **January 30, 2009**. The Defendant shall disclose expert witnesses and the expected testimony of those witnesses on or before **February 27, 2009.** All rebuttal experts shall be disclosed on or before **March 13, 2009.**

    2) <u>Final Discovery</u>: All discovery should be completed on or before **June 19, 2009.**

    3) <u>Pre-trial Motions</u>: All pre-trial motions, if any, shall be filed with accompanying briefs on or before **July 17, 2009**.



DATED: November 14, 2008

_____
Honorable Mikel H. Williams
United States Magistrate Judge