IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MELALEUCA, INC., | )<br>)<br>) |
| Plaintiff, | )    Case No. CV 07-212-E-EJL-MHW<br>) |
| v. | )    **ORDER**<br>) |
| DARYL HANSEN, | ) |
| Defendant. | )<br>) |

    Having reviewed Defendant's Motion for Protective Order Staying Discovery and to Quash Deposition Notice (Docket No. 45) and Plaintiff's Memorandum in Opposition to Motion for Protective Order, Cross-Motion to Compel, and Request for Expedited Consideration, and finding good cause therefor,

    IT IS HEREBY ORDERED THAT Defendant's Motion for Protective Order Staying Discovery and to Quash Deposition Notice (Docket No. 45) is DENIED;

    IT IS FURTHER ORDERED THAT Defendant Daryl Hansen shall provide timely responses to outstanding discovery requests and shall appear for his deposition scheduled on February 2, 2009.

DATED: January 29, 2009

_____
Honorable Mikel H. Williams
United States Magistrate Judge

Order - Page 1