Bradlee R. Frazer, ISB No. 3857
D. John Ashby, ISB No. 7228
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: (208) 344-6000
Facsimile: (208) 342-3829
Email: jash@hteh.com
bfra@hteh.com

Attorneys for Plaintiff Melaleuca, Inc.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MELALEUCA, INC., <br><br> Plaintiff, <br> vs. <br> DARYL HANSEN, <br><br> Defendant. | Case No. CV 07-212-E-EJL <br><br> STIPULATED MOTION TO STAY PROCEEDINGS |

Plaintiff Melaleuca, Inc., by and through its counsel of record, Hawley Troxell Ennis & Hawley LLP, and Defendant, Daryl Hansen, hereby move the Court to temporarily stay proceedings in this matter while the parties participate in settlement discussions.

The parties have been in settlement discussions and believe that further settlement discussions will likely result in resolution of this case. The parties anticipate some continued discovery while these settlement discussions are ongoing. The parties request that the Court temporarily stay proceedings other than discovery in this matter, including but not limited to

STIPULATED MOTION TO STAY PROCEEDINGS - 1

staying any proceedings in connection with the pending motion to dismiss filed by Defendant Daryl Hansen. The parties will notify the Court if settlement discussions break down.

For these reasons, the parties request that the Court temporarily stay non-discovery-related proceedings in this case.

DATED THIS 11th day of February, 2009.

        HAWLEY TROXELL ENNIS & HAWLEY LLP

        By    /s/_____
            Bradlee R. Frazer
            D. John Ashby
            Attorneys for Plaintiff Melaleuca, Inc.

DATED THIS 11th day of February, 2009.

        By    /s/_____
            Daryl Hansen
            Defendant in Propia personum

STIPULATED MOTION TO STAY PROCEEDINGS - 2

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 11th day of February, 2009, I electronically filed the foregoing Stipulated motion to Stay Proceedings with the Clerk of the Court using the CM/ECF system.

    AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants:

| | |
|---|---|
| Daryl Hansen | _____ U.S. Mail, Postage Prepaid |
| P.O. Box 4621 | _____ Hand Delivered |
| El Dorado Hills, CA 95762 | _____ Overnight Mail |
| Email: darylhansen@gmail.com | __X__ E-mail |
| | _____ Telecopy |

                                                               /s/
                                                    D. John Ashby