IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MELALEUCA, INC., | |
|     Plaintiff, | Case No. CV 07-212-E-EJL-MHW |
| v. | **ORDER** |
| DARYL HANSEN, | |
|     Defendant. | |

    Having reviewed the parties' Stipulated Motion to Stay Proceedings (Docket No. 48), and finding good cause therefor,

    IT IS HEREBY ORDERED THAT all non-discovery proceedings in this matter will be temporarily stayed.

    IT IS FURTHER ORDERED that the parties shall promptly notify the Court if settlement negotiations break down.

DATED: February 13, 2009

Honorable Mikel H. Williams
United States Magistrate Judge

Order - Page 1