Bradlee R. Frazer, ISB No. 3857
D. John Ashby, ISB No. 7228
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: (208) 344-6000
Facsimile: (208) 342-3829
Email: jash@hteh com
bfra@hteh.com

Attorneys for Plaintiff Melaleuca, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MELALEUCA, INC., Plaintiff, vs. DARYL HANSEN, Defendant. | Case No. CV 07-212-E-EJL STATUS REPORT |

Pursuant to the Court's April 1, 2009 Order, the parties submit this joint status report. The parties continue to believe that this case may be resolved in the near future. The parties are in the process of scheduling the deposition of a non-party. A subpoena had previously been issued for that deposition on April 1, 2009, but the deposition did not occur due to health reasons. A new subpoena is being issued to the non-party for a deposition on May 12, 2009, and the parties hope that this matter can be resolved shortly thereafter.

DATED THIS 11th day of April, 2009.

HAWLEY TROXELL ENNIS & HAWLEY LLP

By /s/

Bradlee R. Frazer
D. John Ashby
Attorneys for Plaintiff Melaleuca, Inc.

DATED THIS 11th day of April, 2009

By

Daryl Hansen
Defendant in Propia personum

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ~~11th~~ 10 day of ~~February~~ April, 2009, I electronically filed the foregoing STATUS REPORT with the Clerk of the Court using the CM/ECF system.

AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants:

| | |
|---|---|
| Daryl Hansen | _____ U.S. Mail, Postage Prepaid |
| P.O. Box 4621 | _____ Hand Delivered |
| El Dorado Hills, CA 95762 | _____ Overnight Mail |
| Email: darylhansen@gmail.com | __X__ E-mail |
| | _____ Telecopy |

/s/

D. John Ashby