Bradlee R. Frazer, ISB No. 3857
D. John Ashby, ISB No. 7228
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: (208) 344-6000
Facsimile: (208) 342-3829
Email: jash@hteh.com
       bfra@hteh.com

Attorneys for Plaintiff Melaleuca, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MELALEUCA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DARYL HANSEN, <br><br> Defendant. | Case No. CV 07-212-E-EJL <br><br> STATUS REPORT |

Pursuant to the Court's April 13, 2009 Order, the parties submit this joint status report. The parties continue to believe that this case may be resolved in the near future. The parties had previously agreed that Melaleuca would be taking the deposition of a non-party witness in Missouri. A subpoena was issued to that non-party witness for her deposition to be taken on May 12, 2009. The non-party witness contacted counsel for Melaleuca just a few days prior to the deposition and informed counsel that she would not attend the deposition and that she would

STATUS REPORT - 1

be filing a motion for protective order. The non-party witness did not appear for her deposition, nor did she file a motion for protective order. Melaleuca intends to file a motion for protective order and/or motion for contempt in the Western District of Missouri. It is anticipated that it may take a month or two for this issue to be resolved. The parties continue to believe that this matter can be resolved shortly after the deposition of the non-party witness, and the parties continue to request that non-discovery proceedings be stayed.

DATED THIS 22nd day of May, 2009.

                                HAWLEY TROXELL ENNIS & HAWLEY LLP

                                By    /s/
                                    Bradlee R. Frazer
                                    D. John Ashby
                                    Attorneys for Plaintiff Melaleuca, Inc.

DATED THIS 22nd day of May, 2009.

                                By *[signature]*
                                    Daryl Hansen
                                    Defendant in Propia personum

STATUS REPORT - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ~~11th~~ 26 day of ~~February~~ May, 2009, I electronically filed the foregoing STATUS REPORT with the Clerk of the Court using the CM/ECF system.

AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants:

| | |
|---|---|
| Daryl Hansen | ____ U.S. Mail, Postage Prepaid |
| P.O. Box 4621 | ____ Hand Delivered |
| El Dorado Hills, CA 95762 | ____ Overnight Mail |
| Email: darylhansen@gmail.com | _X_ E-mail |
| | ____ Telecopy |

                                                       /s/
                                      D. John Ashby

STATUS REPORT - 3