Bradlee R. Frazer, ISB No. 3857
D. John Ashby, ISB No. 7228
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: (208) 344-6000
Facsimile: (208) 342-3829
Email: jash@hteh.com
       bfra@hteh.com

Attorneys for Plaintiff Melaleuca, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MELALEUCA, INC., | ) |
| Plaintiff, | ) Case No. CV 07-212-E-EJL |
| vs. | ) STATUS REPORT |
| DARYL HANSEN, | ) |
| Defendant. | ) |

Pursuant to the Court's May 28, 2009 Order, the parties submit this joint status report. The parties continue to believe that this case may be resolved in the near future. The parties had previously agreed that Melaleuca would be taking the deposition of a non-party witness in Missouri. A subpoena was issued to that non-party witness for her deposition to be taken on May 12, 2009, but she did not appear for the deposition. A motion to compel the non-party witness to participate in a deposition was filed in the United States District Court for the Western District of Missouri. The non-party witness did not respond to the motion, and an Order to Show

STATUS REPORT - 1

Cause has been issued by the court. The parties continue to believe that this matter can be resolved shortly after the deposition of the non-party witness, and the parties continue to request that non-discovery proceedings be stayed.

DATED THIS 31st day of July, 2009.

                                  HAWLEY TROXELL ENNIS & HAWLEY LLP

                                  By     /s/                          
                                         Bradlee R. Frazer
                                         D. John Ashby
                                         Attorneys for Plaintiff Melaleuca, Inc.

DATED THIS 31st day of July, 2009.

                                  By     /s/                          
                                         Daryl Hansen
                                         Defendant in Propia personum

STATUS REPORT - 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of July, 2009, I electronically filed the foregoing STATUS REPORT with the Clerk of the Court using the CM/ECF system.

AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants:

| | |
|---|---|
| Daryl Hansen | _____ U.S. Mail, Postage Prepaid |
| P.O. Box 4621 | _____ Hand Delivered |
| El Dorado Hills, CA 95762 | _____ Overnight Mail |
| Email: darylhansen@gmail.com | __X__ E-mail |
| | _____ Telecopy |

/s/
D. John Ashby

STATUS REPORT - 3

05271.0005.1481203.2