IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |  |
|---|---|---|
| MELALEUCA, INC., | ) ) ) | |
| Plaintiff, | ) ) | Case No. CV 07-212-E-EJL-MHW |
| v. | ) ) ) | **ORDER** |
| DARYL HANSEN, | ) ) | |
| Defendant. | ) ) | |

The Court, having received the parties' September 25, 2009 status report, hereby extends the stay to November 30, 2009. The parties shall notify the Court of the status of the settlement negotiations by November 30, 2009.

DATED: October 1, 2009

_____
Honorable Mikel H. Williams
United States Magistrate Judge

**Order - Page 1**