
Bradlee R. Frazer, ISB No. 3857
D. John Ashby, ISB No. 7228
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: (208) 344-6000
Facsimile: (208) 342-3829
Email: jash@hteh.com
       bfra@hteh.com

Attorneys for Plaintiff Melaleuca, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| MELALEUCA, INC., | ) | |
|---|---|---|
| | ) | Case No. CV 07-212-E-EJL |
| Plaintiff, | ) | |
| vs. | ) | STATUS REPORT |
| | ) | |
| DARYL HANSEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      Pursuant to the Court's Order, the parties submit this joint status report. The parties continue to believe that this case may be resolved in the near future. The parties had previously agreed that Melaleuca would be taking the deposition of a non-party witness in Missouri. When the non-party did not voluntarily comply with the subpoena, Melaleuca sought and obtained an order from the United States District court for the District of Missouri that the non-party appear for her deposition on a date certain. The non-party did not comply with the court order, and Melaleuca has filed a motion for contempt and motion to compel the deposition of the non-party

STATUS REPORT - 1

in the United States District court for the District of Missouri. That motion is still pending. The parties continue to believe that this matter can be resolved shortly after the deposition of the non-party witness, and the parties continue to request that non-discovery proceedings be stayed.

DATED THIS 30th day of November, 2009.

                        HAWLEY TROXELL ENNIS & HAWLEY LLP

                        By     /s/_____
                            Bradlee R. Frazer
                            D. John Ashby
                            Attorneys for Plaintiff Melaleuca, Inc.

DATED THIS 30th day of November, 2009.

                        By     /s/_____
                            Daryl Hansen
                            Defendant in Propia personum

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of November, 2009, I electronically filed the foregoing STATUS REPORT with the Clerk of the Court using the CM/ECF system.

AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants:

| | |
|---|---|
| Daryl Hansen | _____ U.S. Mail, Postage Prepaid |
| P.O. Box 4621 | _____ Hand Delivered |
| El Dorado Hills, CA 95762 | _____ Overnight Mail |
| Email: darylhansen@gmail.com | __X__ E-mail |
| | _____ Telecopy |

/s/
D. John Ashby

STATUS REPORT - 3

05271.0005.1481203.4