IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| MELALEUCA, INC., | ) | |
|       Plaintiff, | ) | Case No. CV 07-212-E-EJL-MHW |
| v. | ) | **ORDER** |
| DARYL HANSEN, | ) | |
|       Defendant. | ) | |

      The Court, having received the parties' November 30, 2009 status report, hereby extends the stay and sets a telephonic status conference for January 5, 2010 at 10:30 a.m. Plaintiff shall initiate the conference call and once all the parties are on the line, connect to the courtroom at (208) 334-1504.

DATED: December 2, 2009

Honorable Mikel H. Williams
United States Magistrate Judge

Order - Page 1