### CIVIL PROCEEDINGS - Telephone Status Conference

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge Mikel H. Williams  
Case No. 07-CV-00212-MHW

Date: January 6, 2010  
Deputy Clerk: Sherri O'Larey  
Reporter/ESR: Wendy Messuri

Place: Boise, Idaho

Time: 1:00 - 1:05 p.m.

**Melaleuca, Inc. v Hansen**

Counsel for Plaintiff: D. John Ashby

Defendant: Daryl Hansen appearing pro se

Court reviewed the prior proceedings in this matter.

The Court reviewed the prior proceedings held in this matter, noted that the Court had been advised that the parties were close to settlement and inquired of the status of the proceedings at this time. Mr. Ashby advised the Court that they had a tentative resolution, but were waiting on completion of a non-party deposition.

The Court allowed 60 days for the deposition to be completed or the parties to proceed with resolution of this matter without the deposition.