IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO


| | | |
|---|---|---|
| MELALEUCA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV 07-212-E-EJL-MHW |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DARYL HANSEN, | ) | |
| Defendant. | ) | |
| | ) | |

As set forth in the status conference held on January 5, 2010, IT IS HEREBY ORDERED

that the parties have 60 days to complete the non-party deposition or proceed with the case

without the deposition.  The parties shall notify the Court at that time how they will be

proceeding.  IT IS SO ORDERED.

DATED: January 8, 2010

Honorable Mikel H. Williams
United States Magistrate Judge

**Order - Page 1**