IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MELALEUCA, INC., | )<br>)<br>) |
| Plaintiff, | ) Case No. CV 07-212-E-EJL-MHW |
| | ) |
| v. | ) **ORDER** |
| | ) |
| DARYL HANSEN, | ) |
| Defendant. | ) |

The Court's January 8, 2010 Order (Docket No. 63) required the parties to notify the Court within 60 days how they wished to proceed in this matter. Neither party has complied with the Order. The parties are hereby directed to file a report with the Court by Friday, April 9, 2010 or the Court may dismiss the case for lack of prosecution pursuant to Dist. Idaho Loc. Civ. R. 41.1

DATED: April 2, 2010

Honorable Mikel H. Williams
United States Magistrate Judge

Order - Page 1