Bradlee R. Frazer, ISB No. 3857
D. John Ashby, ISB No. 7228
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: (208) 344-6000
Facsimile: (208) 342-3829
Email: jash@hteh.com
       bfra@hteh.com

Attorneys for Plaintiff Melaleuca, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MELALEUCA, INC., ) | |
| ) | Case No. CV 07-212-E-EJL |
| Plaintiff, ) | |
| vs. ) | PLAINTIFF'S STATUS REPORT |
| ) | |
| DARYL HANSEN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

      The parties have not been able to fully resolve this matter. Plaintiff requests that the case now proceed as normal. Defendant filed a Motion to Dismiss, and that motion was fully briefed before the parties requested a stay of this case. Plaintiff respectfully suggests that the next step in this case should be a decision on the Motion to Dismiss. Plaintiff believes that motion could be decided on the briefing, unless Defendant or the Court deem oral argument necessary.

DATED THIS 9th day of April, 2010.

                                  HAWLEY TROXELL ENNIS & HAWLEY LLP

                                  By    /s/_____
                                        Bradlee R. Frazer
                                        D. John Ashby
                                        Attorneys for Plaintiff Melaleuca, Inc.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of April, 2010, I electronically filed the foregoing STATUS REPORT with the Clerk of the Court using the CM/ECF system.

AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants:

| | |
|---|---|
| Daryl Hansen | _____ U.S. Mail, Postage Prepaid |
| P.O. Box 4621 | _____ Hand Delivered |
| El Dorado Hills, CA 95762 | _____ Overnight Mail |
| Email: darylhansen@gmail.com | __X__ E-mail |
| | _____ Telecopy |

/s/
D. John Ashby