**CIVIL PROCEEDINGS - Telephone Status Conference**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Judge Mikel H. Williams  
Case No.  07-CV-212-EJL-MHW

Date:   June 3, 2010  
Deputy Clerk: Trinidad Diaz  
Reporter/ESR: VJones

Place: Boise, Idaho

Time: 3:05 - 3:08pm

**Melaleuca, Inc. v. Daryl Hansen**

Counsel for Plaintiff: John Ashby

Counsel for Defendant: Daryl Hansen


Telephonic Status Conference was held.

Defendant's Motion to Dismiss will be reinstated.