UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MELALEUCA, INC.,<br>                Plaintiff,<br><br>v.<br><br>DARYL HANSEN,<br>                Defendant. | Case No.  CV07-212-E-EJL-MHW<br><br>**JUDGMENT** |

    Based upon the Order Adopting the Report and Recommendation (Docket No. 72) it is hereby ordered, adjudged and decreed that all plaintiff's claims are DISMISSED WITHOUT PREJUDICE.

DATED:  **September 30, 2010**

_____
~~Honorable~~ Edward J. Lodge
U. S. District Judge

**ORDER - 1**